**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MCOM IP, LLC,

        Plaintiff,

v.

HSBC BANK USA, N.A.,

        Defendant.

Case No. 1:23-cv-08801-DLC

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Reshma C. Gogineni of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance as counsel of record in this action for defendant HSBC Bank USA, N.A. The undersigned certifies that she is admitted to practice in this Court, and requests that all notices, pleadings, and other documents filed in the above-captioned action be served upon the undersigned attorney at the address below.

New York, New York
November 10, 2023

/s/ *Reshma C. Gogineni*
Reshma C. Gogineni
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6301
Fax: (212) 230-8888

*Attorney for Defendant HSBC Bank USA, N.A.*