```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MCOM IP, LLC,                           :
                                        :
                        Plaintiff,      :       23cv8801 (DLC)
            -v-                         :
                                        :          ORDER
HSBC BANK USA, N.A.,                    :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On December 5, 2023, the defendant filed a motion to dismiss the original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of December 6 directed the plaintiff to file any amended complaint by January 5, 2024 and alerted the plaintiff that it would likely not have another opportunity to amend. The plaintiff filed an amended complaint on January 3. Accordingly, it is hereby

ORDERED that the defendant's December 5, 2023 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by January 26, 2024
- Opposition served by February 9, 2024
- Reply served by February 16, 2024

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
          January 4, 2024

                                       _____
                                               DENISE COTE
                                   United States District Judge