# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

MCOM IP, LLC,

          Plaintiff,

  -against-                                      23 **CIVIL** 8801 (DLC)

## **JUDGMENT**

HSBC BANK USA, N.A.,

          Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 19, 2024, HSBC's January 26 motion to dismiss the FAC with prejudice is granted.

**Dated:** New York, New York

     April 19, 2024

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                        **Clerk of Court**

                         **BY:**                K. Mango

                                                        _____
                                                        **Deputy Clerk**